932 A.2d 27

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT
v. ANIL NAYEE, DEFENDANT–PETITIONER.

September 20, 2007.

ORDERED that the petition for certification is granted, limited
solely to the issue of the trial court's refusal to consider the record
before it in respect of defendant's mental illness as a mitigating
factor under *N.J.S.A.* 2C:44–1b(4) in arriving at its sentence; and
it is further

476

ORDERED that the matter is summarily remanded to the trial court for resentencing in the light of *State v. Nataluk,* 316 *N.J.Super.* 336, 349, 720 *A.*2d 401 (1998).